# EXHIBIT F

**LaRonda Saulsberry**

| | |
|---|---|
| **From:** | ecf.notification@nynd.uscourts.gov |
| **Sent:** | Tuesday, December 14, 2010 7:47 AM |
| **To:** | NYND_ECFQC@nynd.uscourts.gov |
| **Subject:** | Activity in Case 3:09-cv-01376-TJM-DEP Verrocchio v. Federal Express Corporation Order on Letter Request |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Northern District of New York - Main Office (Syracuse) [LIVE - Version 4.0.3]**

## Notice of Electronic Filing

The following transaction was entered on 12/14/2010 at 8:47 AM EST and filed on 12/14/2010
**Case Name:**      Verrocchio v. Federal Express Corporation
**Case Number:**   3:09-cv-01376-TJM-DEP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER granting [24] Letter Request. Discovery due by 12/28/10 for limited purpose of deposing plaintiff's vocational expert. Authorized by Magistrate Judge David E. Peebles on 12/14/10. (cam, )**


**3:09-cv-01376-TJM-DEP Notice has been electronically mailed to:**

Colby S. Morgan , Jr    csmorgan@fedex.com

Feyi O. Gaji    feyigaji@aol.com

Patrick J. Kilker    kilkerlaw@stny.rr.com

Sarah F. Henry    sarah.henry@fedex.com, laura.bond@fedex.com, lbsaulsberry@fedex.com

**3:09-cv-01376-TJM-DEP Notice has been delivered by other means to:**